**Ex parte James HEARON.**

**No. 10–99–259–CR.**

Court of Appeals of Texas,
Waco.

Sept. 29, 1999.

---

James Hearon, Tennessee Colony, pro
se.

Before Chief Justice DAVIS, Justice
VANCE, and Justice GRAY.

**MEMORANDUM OPINION**

PER CURIAM.

James Hearon filed a *pro se* application
for writ of habeas corpus with this Court
asserting that he is unlawfully restrained
because of a 1996 misdemeanor charge
which remains pending in the court below
even though he is currently serving a felo-
ny sentence in another case. Hearon
states that he filed an identical application
with the trial court which has taken no
action in the matter.

■ This Court does not have original
habeas jurisdiction in criminal law matters.
*Dodson v. State,* 988 S.W.2d 833, 835 (Tex.
App.—San Antonio 1999, no pet.); *Sanders v. State,* 771 S.W.2d 645, 650 (Tex.
App.—El Paso 1989, pet. ref'd). Accordingly, we dismiss Hearon's habeas application for want of jurisdiction.